| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | Province |
|---|---|---|---|---|---|---|---|
| 1 | 72.234.1.37 | 2017-04-03 23:47:16 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Hawaii County |
| 2 | 72.234.191.148 | 2017-03-30 07:16:26 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 3 | 72.235.60.40 | 2017-03-13 06:05:11 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 4 | 72.234.72.38 | 2017-03-13 02:22:16 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 5 | 72.235.221.176 | 2017-03-07 23:47:44 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 6 | 72.234.23.182 | 2017-03-06 04:51:19 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Kauai County |
| 7 | 72.234.62.186 | 2017-03-04 20:13:47 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Maui County |
| 8 | 141.239.179.95 | 2017-03-04 17:03:20 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 9 | 141.239.193.8 | 2017-03-10 09:35:13 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 10 | 72.234.66.184 | 2017-03-03 05:40:14 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Hawaii County |
| 11 | 72.235.23.251 | 2016-11-28 08:54:32 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 12 | 72.253.136.60 | 2016-11-27 02:52:57 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 13 | 72.234.113.150 | 2016-11-23 00:42:01 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 14 | 72.235.25.93 | 2016-11-18 22:55:10 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 15 | 72.235.1.198 | 2016-11-17 08:19:48 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Hawaiian Telcom | Hawaii | Honolulu County |
| 16 | 24.25.255.73 | 2016-12-15 06:57:33 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Time Warner Cable | Hawaii | Honolulu County |
| 17 | 98.150.152.118 | 2016-12-14 14:11:05 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Time Warner Cable | Hawaii | Honolulu County |
| 18 | 76.173.99.70 | 2016-12-14 08:18:01 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Time Warner Cable | Hawaii | Honolulu County |
| 19 | 98.155.23.191 | 2016-12-12 19:01:38 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Time Warner Cable | Hawaii | Honolulu County |
| 20 | 98.150.219.77 | 2016-12-08 03:00:38 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Time Warner Cable | Hawaii | Honolulu County |

Exhibit "1"