**RECEIVED**
CLERK U.S. DISTRICT COURT
JUL 10 2017
DISTRICT OF HAWAII

July 5th, 2017

To Whom it may concern,

Charter Communications, Inc. Case Number: 34673

Court Case: ME2 Productions  v  Does 1 Through 20  1:17-cv-00155-JMS-KSC

My ID Number: 20

My IP Address: 98.150.219.77

Court: United States District Court for the District of Hawaii

I received a packet from Charter Communications that included a subpoena for this case, I oppose/object this order and do not authorize any of my personal identifying information to be released.