CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 322-3389
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
ME2 Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ME2 PRODUCTIONS, Inc., | ) | **Case No.: 1:17-cv-155-JMS-KSC** |
| | ) | |
| Plaintiff, | ) | (Copyright) |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL WITH** |
| DOES 1-2 and 4-20 | ) | **PREJUDICE OF DOE** |
| | ) | **DEFENDANT NO. 15** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANT NO. 15

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal under Rule 41(a) of Doe 15 (IP address 72.235.1.198) **with prejudice**. This dismissal is pursuant to Rule 41(a)(1)(A).

**20-003G**

DATED: Kailua-Kona, Hawaii, July 18, 2017.

CULPEPPER IP, PLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
ME2 Productions, Inc.