CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
ME2 Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 PRODUCTIONS, Inc., | **Case No.: 1:17-cv-155-JMS-KSC** |
| Plaintiff, | (Copyright) |
| vs. | |
| DOES 1-2, 4-14 AND 16-20 | **NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANTS NO. 5 AND NO. 8** |
| Defendants. | |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANTS NO. 5 AND NO. 8

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal under Rule 41(a) of Doe 5 (IP address 72.235.221.176) and Doe 8 (IP address 141.239.179.95) **with prejudice**. This dismissal is pursuant to Rule 41(a)(1)(A).

20-003G/17-155

DATED: Kailua-Kona, Hawaii, July 23, 2017.

          CULPEPPER IP, PLLC

          /s/ Kerry S. Culpepper
          Kerry S. Culpepper

          Attorney for Plaintiff
          ME2 Productions, Inc.