IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | Civ. No. 17-00155 JMS-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| KAMMY LAU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation were filed on March 16, 2018 and served concurrently upon counsel of record who is a registered participant of CM/ECF, and served on March 19, 2018 by First Class Mail to the address of record for Kammy Lau. ECF No. 69. On March 27, 2018, the mailing to Kammy Lau was returned as undeliverable. ECF No. 71. The Clerk of Court re-served the Findings and Recommendation to Kammy Lau on March 27, 2018 by First Class Mail to the address indicated on the postal return label: P.O. Box 63173, Ewa Beach, HI 96706-1082. As of April 19, 2018, that mail was not returned as undeliverable. No objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO PARTIALLY GRANT PLAINTIFF'S THIRD MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KAMMY LAU," ECF No. 69, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*ME2 Prods., Inc. v. Lau*, Civ. No. 17-00155 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation